

Melvin L. LEVINSON, Plaintiff–
Appellant,

v.

SEARS, ROEBUCK AND CO.,
Defendant–Cross
Appellant.

No. 03–1451, 03–1476.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2003.

Before RADER, GAJARSA, and
PROST, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and con-
sidered it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Larry R. EDWARDS, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 03–3253.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2003.

ORDER

The petitioner having failed to file the
brief required by Federal Circuit Rule
31(a) within the time permitted by the
rules, it is

ORDERED that the petition for review
be, and the same hereby is, DISMISSED,
for failure to prosecute in accordance with
the rules.

Sandra J. MORRIS, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 03–3276.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2003.

ORDER

The petitioner having failed to file the
brief required by Federal Circuit Rule

324

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## Macaria E. PANTALEON, Claimant–Appellee,

v.

## Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 03–7192.

United States Court of Appeals, Federal Circuit.

Dec. 2, 2003.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

## Gregory RUFFIN, Petitioner,

v.

## DEPARTMENT OF THE TREASURY, Respondent.

No. 03–3219.

United States Court of Appeals, Federal Circuit.

Dec. 3, 2003.

Before CLEVENGER, DYK and PROST, Circuit Judges.